## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**TONY NICK POSTON, JR.**                                              **CIVIL ACTION**

**VERSUS**

**COTTONMOUTH BOATS, LLC, ET**                     **NO. 21-00052-BAJ-SDJ**
**AL.**

### RULING AND ORDER

Before the Court is Defendant Cottonmouth Boats, LLC's **Motion to Remand and for Attorney's Fees and Costs (Doc. 5)**. The Motion was untimely opposed by Plaintiff. (Doc. 8). The Magistrate Judge has issued a **Report and Recommendation (Doc. 9)**, recommending that the Court grant Defendant's Motion and remand this case to the 23rd Judicial District Court for further proceedings. The Magistrate Judge further recommended that the Court deny Defendant's request for attorney's fees and costs because Defendant has not articulated the amount of fees and costs it desires. The Report and Recommendation is unopposed.

Having carefully considered the underlying Complaint, the instant Motions, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

1

**IT IS ORDERED** that Defendant's Motion to Remand (Doc. 5) is **GRANTED.** The action is **REMANDED** to the 23rd Judicial District Court for further proceedings.

**IT IS FURTHER ORDERED** that Defendant's request for an award of attorney's fees and costs is **DENIED**.

Baton Rouge, Louisiana, this 10th day of May, 2021

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2